558

389 A.2d 187

Fleming, et vir., Appellants, v. Dormont
Methodist Church.

Submitted November 8, 1976. William R. Tighe, and Stein & Winters, for appellants; Charles Kirshner, and Rosenberg, Kirshner & Kaleugher, for appellee.

OPINION PER CURIAM: The six Judges who decided this case being equally divided, the judgment is affirmed.

JACOBS, P. J., and CERCONE and SPAETH, JJ., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 187

Hershman v. Asin, Appellant.

Argued November 16, 1976. Lawrence F. Leventon, for appellant; James H. Joseph, with him Joseph & Hershman, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.